**No. 10-7692. Donny David Waggoner, Petitioner v. Robert J. Hernandez, Warden.**

562 U.S. 1189, 131 S. Ct. 1019, 178 L. Ed. 2d 845, 2011 U.S. LEXIS 900.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 449.

**No. 10-7695. Percy Allen Williams, Jr., Petitioner v. Robert Jones, Superintendent, Hyde Correctional Institution.**

562 U.S. 1189, 131 S. Ct. 1020, 178 L. Ed. 2d 845, 2011 U.S. LEXIS 809, 

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 269.

**No. 10-7698. Juwanna Wrotten, Petitioner v. New York.**

562 U.S. 1189, 131 S. Ct. 1020, 178 L. Ed. 2d 845, 2011 U.S. LEXIS 877.

January 18, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 73 App. Div. 3d 637, 901 N.Y.S.2d 265.

**No. 10-7708. John H. Alcala, Petitioner v. Raul Lopez, Warden.**

562 U.S. 1189, 131 S. Ct. 1020, 178 L. Ed. 2d 845, 2011 U.S. LEXIS 761.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 394 Fed. Appx. 416.

**No. 10-7722. Mark Eric Osterback, Petitioner v. Florida.**

562 U.S. 1189, 131 S. Ct. 1020, 178 L. Ed. 2d 845, 2011 U.S. LEXIS 874.

January 18, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 39 So. 3d 334.

**No. 10-7731. Alberto Torres, Petitioner v. Ronald T. Duval, Acting Commissioner, Massachusetts Department of Correction.**

562 U.S. 1189, 131 S. Ct. 1038, 178 L. Ed. 2d 845, 2011 U.S. LEXIS 831.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 615 F.3d 1.

**No. 10-7743. Aida Sandoval, Petitioner v. California.**

562 U.S. 1189, 131 S. Ct. 1021, 178 L. Ed. 2d 845, 2011 U.S. LEXIS 732.

January 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-7752. Danny Jordan, Petitioner v. Gobo, Inc.**

562 U.S. 1189, 131 S. Ct. 1021, 178 L. Ed. 2d 845, 2011 U.S. LEXIS 826.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 118.